## SHERMAN GRANOFF *v.* CHERYL GRANOFF
### (15551)

O'Connell, Landau and Schaller, Js.

Submitted on briefs October 28—officially released November 19, 1996

Per Curiam. The judgment is affirmed.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION *v.* GARY COSTA ET AL.
### (16037)

Landau, Heiman and Hennessy, Js.

Argued October 28—officially released November 19, 1996

Per Curiam. The judgment is affirmed.

## MARY ANN SEPERACK ET AL. *v.* BRIDGEPORT HOSPITAL
### (15610)

Dupont, C. J., and Landau and Schaller, Js.

Submitted on briefs October 28—officially released November 19, 1996

Per Curiam. The judgment is affirmed.